## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN P. HOEFLING AND SUSAN E. HOEFLING,

                Respondents

                v.

ZONING HEARING BOARD OF MONROE TOWNSHIP AND MONROE TOWNSHIP,

                Petitioners

:  No. 767 MAL 2018
:
:
:  Petition for Allowance of Appeal from
:  the **Unpublished Memorandum**
:  **Opinion and Order** of the
:  Commonwealth Court at No. 1437 CD
:  2017 entered on October 25, 2018,
:  **reversing** the Order of the
:  Cumberland County Court of Common
:  Pleas at No. 2017-CV-00544 entered
:  on September 13, 2017
:

## ORDER

**PER CURIAM**                                                  **Decided: May 24, 2019**

    **AND NOW**, this 24th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Commonwealth Court's order is **VACATED**, and this matter is remanded for proceedings consistent with this Court's decision in *Slice of Life, LLC v. Hamilton Twp. Zoning Hearing Bd.*, ___ A.3d ___, 2019 WL 1870562 (Pa. Apr. 26, 2019).

    Petitioners' Joint Petition for Disposition in Light of the Adjudication of *Slice of Life* is **DENIED**.